No. 814. MIAMI BANK & TRUST CO., TRUSTEE, *v.* KARSTEN. May 26, 1930. Petition for writ of certiorari to the Supreme Court of Florida denied. *Messrs. Frederick M. Hudson* and *Garland M. McNutt* for petitioner. No appearance for respondent.

No. 818. C. O. TINGLEY & CO. ET AL. *v.* BADGER RUBBER WORKS. May 26, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Russell M. Everett* and *Harry B. Rook* for petitioners. *Mr. Franklin G. Neal* for respondent.

No. 819. LAIRD ET AL. *v.* TULLY ET AL. May 26, 1930. Petition for writ of certiorari to the Supreme Court of Alabama denied. *Messrs. Theodore J. Lamar and Douglas Arant* for petitioners. *Mr. Needham A. Graham, Jr.,* for respondents.

No. 829. HILL *v.* LUCAS, COMMISSIONER OF INTERNAL REVENUE; and

No. 830. PLUMER *v.* SAME. May 26, 1930. Petitions for writs of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Messrs. Robert G. Dodge* and *Harold S. Davis* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist, Messrs. Claude R. Branch, Sewall Key, J. Louis Monarch, Clarence M. Charest,* and *John MacC. Hudson* for respondent.

No. 834. SILVER *v.* WASHINGTON. May 26, 1930. Petition for writ of certiorari to the Supreme Court of Washington denied. *Mr. John J. Sullivan* for petitioner.

*Mr. Ewing Dean Colvin* for respondent.

No. 836. BENNETT ET AL. *v.* U. S. SHIPPING BOARD EMERGENCY FLEET CORPORATION ET AL. May 26, 1930. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Ashby Williams* for petitioners. *Solicitor General Thacher, Messrs. Claude. R. Branch, J. Frank Staley,* and *W. Marvin Smith* for respondents.

No. 838. FLOWERS *v.* POSITYPE CORP. May 26, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Francis X. Busch* for petitioner. *Mr. R. Randolph Hicks* for respondent.

No. 839. FLORIDA NATIONAL BANK ET AL. *v.* EVANS. May 26, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Walter A. Harris* for petitioners. *Mr. John R. L. Smith* for respondent.

No. 840. WESTERN & ATLANTIC RAILROAD *v.* LOCHRIDGE, ADMINISTRATRIX. May 26, 1930. Petition for writ of certiorari to the Supreme Court of Georgia denied. *Messrs. Fitzgerald Hall* and *Frank Slemons* for petitioner. *Mr. Samuel D. Hewlett* for respondent.

No. 848. CABANGIS *v.* PHILIPPINE ISLANDS. May 26, 1930. Petition for writ of certiorari to the Supreme Court of the Philippine Islands denied. *Messrs. Pedro Guevara*